**UNITED STATES of America,
Appellee,**

v.

**Justin D. BALES, also known as
Chad Harrington, Appellant.**

No. 04–3430.

United States Court of Appeals,
Eighth Circuit.

Submitted: July 21, 2005.

Decided: July 26, 2005.

Paul S. Becker, U.S. Attorney's Office, Kansas City, MO, for Appellee.

Larry Curtis Pace, Federal Public Defender's Office, Kansas City, MO, for Appellant.

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Justin Bales pleaded guilty to being a felon in possession of a firearm, *see* 18 U.S.C. § 922(g), and was sentenced to 33 months in prison and 3 years supervised release, *see* 18 U.S.C. §§ 924(a)(2) (10–year maximum prison term), 3559(a)(3) (Class C felony), 3583(b)(2) (3–year maximum supervised release term for Class C felony). The district court[1] later revoked supervised release upon Mr. Bales's admission of a violation, and imposed a new sentence of 10 months imprisonment and 2 years supervised release, finding that Mr. Bales's youth and criminal history indicated a need for further supervision and community protection. Mr. Bales appeals this sentence.

We note that both the prison term and the supervised release term were within authorized limits, and that the district court considered appropriate factors in imposing the revocation sentence. *See* 18 U.S.C. §§ 3583(e)(3) (authorizing up to 2 years imprisonment upon revocation of supervised release where original offense was Class C felony), 3583(h) (authorizing new period of supervised release not to exceed maximum term of supervised release for original offense, less any prison time imposed upon revocation of supervised release). We conclude that Mr. Bales's sentence is not unreasonable. *See United States v. Tyson,* 413 F.3d 824, 825 (8th Cir.2005) (standard of review).

Accordingly, we affirm, and we also grant counsel's motion to withdraw.

---

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.